UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 23-cv-80970-Matthewman

AMRO SHEDADEH ALBKEIRAT, on behalf of
himself and others similarly situated,

    Plaintiff,

vs.

KURBAN HOSPITALITY, LLC, a Florida
Corporation d/b/a AMAR DELRAY, and
NICOLAS KURBAN, individually,

    Defendants.
_____/

FILED BY SW D.C.
Aug 10, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE [DE 19], APPROVING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff Amro Shehadeh Albkeirat ("Plaintiff") and Defendants, Kurban Hospitality, LLC d/b/a Amar Delray and Nicolas Kurban's ("Defendants") (collectively, "the parties") Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice ("Motion") [DE 19]. In the Motion, the parties seek an Order approving their Settlement Agreement and General Release ("Settlement Agreement") and entering an Order of Final Dismissal of Plaintiff's Claims against Defendants with Prejudice. *Id.* The parties filed the Settlement Agreement on the docket. [DE 19–1].

The Court held a fairness hearing via Zoom video teleconference (VTC) on August 10, 2023, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claim alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* All parties' counsel represented that the settlement is fair and reasonable and that Plaintiff and Defendants are in agreement with the terms of the settlement.

The Court has reviewed the Motion, the Settlement Agreement, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiff is being paid an amount he believes he is owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable. Based on the foregoing, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claim to be fair and reasonable. The Court also finds that the Settlement Agreement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion [DE 19] is **GRANTED**.
2. The parties' settlement is **APPROVED**.
3. As requested by the parties in the Motion, the Court retains jurisdiction for 45 days from the date of this Order to enforce the terms of the parties' Settlement Agreement should such enforcement become necessary.
4. The above-style action is **DISMISSED WITH PREJUDICE**.
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 10th day of August, 2023.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge